

# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2022

No. 04-22-00105-CV

**IN THE INTEREST OF L.L.R. AND A.P.R., CHILDREN**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00430
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

On February 18, 2022, appellant filed a notice of appeal stating her intent to appeal a final decree of termination issued on February 7, 2022. The clerk's record was filed on February 28, 2022. Although the clerk's record contains the judge's notes, the clerk's record did not contain an order terminating appellant's parental rights. *See In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (noting judge's notes do not constitute a final order) (mem. op.). In response to this court's inquiry, the trial court clerk confirmed the trial court has not signed a final order. "[A]n appeal may be prosecuted only from a final judgment." *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Because no final order has been entered in the underlying case, appellant is ORDERED to show cause in writing **no later than March 11, 2022** why this appeal should not be dismissed for lack of jurisdiction.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of March, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court